UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   KEVIN WINSLOW CLARK                          CASE NO. 20-10646
   KATRINA KING CLARK                            JUDGE BENJAMIN A. KAHN
   5059 NORTH NC HWY 87
   GIBSONVILLE, NC  27249

       DEBTORS

SSN(1) XXX-XX-5276     SSN(2) XXX-XX-6734         DATE:  05/20/2021

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCEPTANCE NOW<br>ATTN OFFICER/MANAGING AGENT<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | $0.00<br>INT: .00%<br>NAME ID: 173175<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AHB REALTY<br>1603 S CHURCH ST<br>BURLINGTON, NC  27215 | $0.00<br>INT: .00%<br>NAME ID: 182913<br>CLAIM #: 0030 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE CO REGISTER OF DEEDS<br>P O BOX 837<br>GRAHAM, NC  27253 | $52.00<br>INT: .00%<br>NAME ID: 1735<br>CLAIM #: 0034 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $14.87<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 0646<br>COMMENT: OC,321OR |
| ALAMANCE COUNTY TAX<br>124 W ELM STREET<br>GRAHAM, NC  27253 | $9.73<br>INT: .00%<br>NAME ID: 2794<br>CLAIM #: 0038 | (U) UNSECURED<br><br>ACCT: 0646<br>COMMENT: 321OR |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $2,701.67<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 1007<br>COMMENT: |
| BULLCITY FINANCIAL SOLUTIONS<br>2609 N DUKE ST STE 500<br>DURHAM, NC  27704 | $0.00<br>INT: .00%<br>NAME ID: 154946<br>CLAIM #: 0019 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITY OF BURLINGTON<br>TAX COLLECTOR<br>P O BOX 1358<br>BURLINGTON, NC  27216 | $0.00<br>INT: .00%<br>NAME ID: 2914<br>CLAIM #: 0004 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---:|---|---|---|
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT:  .00%<br>NAME ID: 169851<br>CLAIM #:  0020 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  LANE BRYANT | |
| COMENITY BANK<br>BANKRUPTCY DEPT<br>P O BOX 182125<br>COLUMBUS, OH  43218-2125 | $0.00<br>INT:  .00%<br>NAME ID: 169851<br>CLAIM #:  0021 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  TORRID | |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 137686<br>CLAIM #:  0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $1,458.56<br>INT:  .00%<br>NAME ID: 169961<br>CLAIM #:  0010 | | (U) UNSECURED<br><br>ACCT: 8830<br>COMMENT: | |
| CPI SECURITY SYSTEMS<br>4200 SANDY PORTER RD<br>CHARLOTTE, NC  28273 | $0.00<br>INT:  .00%<br>NAME ID: 70717<br>CLAIM #:  0023 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| CREDIT FINANCIAL SERVICES<br>3710 UNIVERSITY DR STE 218<br>DURHAM, NC  27707 | $0.00<br>INT:  .00%<br>NAME ID: 155403<br>CLAIM #:  0024 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| EXETER FINANCE LLC<br>P O BOX 650693<br>DALLAS, TX  75265 | $1,347.19<br>INT:  .00%<br>NAME ID: 180109<br>CLAIM #:  0025 | | (U) UNSECURED<br><br>ACCT: 1200<br>COMMENT: | |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 38570<br>CLAIM #:  0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT: CCTS<br>COMMENT: | |
| HILTON GRAND VACATIONS<br>ATTN OFFICER<br>6355 METROWEST BLVD STE 180<br>ORLANDO, FL  32835 | $0.00<br>INT:  .00%<br>NAME ID: 182908<br>CLAIM #:  0011 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC | |
| HILTON GRAND VACATIONS<br>ATTN OFFICER<br>6355 METROWEST BLVD STE 180<br>ORLANDO, FL  32835 | $0.00<br>INT:  .00%<br>NAME ID: 182914<br>CLAIM #:  0014 | | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC | |
| IC SYSTEM INC<br>444 HWY 96 E<br>P O BOX 64437<br>ST PAUL, MN  55164-0437 | $0.00<br>INT:  .00%<br>NAME ID: 8408<br>CLAIM #:  0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID: 123770<br>CLAIM #:  0002 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5276<br>COMMENT:  OC | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| LAKEVIEW LOAN SERVICING LLC<br>% LOANCARE LLC<br>P O BOX 8068<br>VIRGINIA BEACH, VA  23450 | MONTHLY PMT $1,410.96<br>INT:  .00%<br>NAME ID: 174219<br>CLAIM #:  0005 | | (H) ONGOING-SECURED<br><br>ACCT: 9390<br>COMMENT:  DT,RE RP,CTD,EFF DEC20 |
| LAKEVIEW LOAN SERVICING LLC<br>% LOANCARE LLC<br>P O BOX 8068<br>VIRGINIA BEACH, VA  23450 | $5,643.84<br>INT:  .00%<br>NAME ID: 174219<br>CLAIM #:  0006 | | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 9390<br>COMMENT:  ARR,AUG THRU NOV 20 |
| LAKEVIEW LOAN SERVICING LLC<br>% LOANCARE LLC<br>P O BOX 8068<br>VIRGINIA BEACH, VA  23450 | $32,606.20<br>INT:  .00%<br>NAME ID: 174219<br>CLAIM #:  0007 | | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 9390<br>COMMENT:  ARR THRU JUL 20 |
| LAKEVIEW LOAN SERVICING LLC<br>% LOANCARE LLC<br>P O BOX 8068<br>VIRGINIA BEACH, VA  23450 | $250.00<br>INT:  .00%<br>NAME ID: 174219<br>CLAIM #:  0037 | | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 9390<br>COMMENT:  POST PET FEES |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0003 | | (P) PRIORITY<br>NOT FILED<br>ACCT: 5276<br>COMMENT:  OC |
| REGIONAL MANAGEMENT CORP<br>979 BATESVILLE RD STE B<br>GREER, SC  29651 | $1,941.52<br>INT:  .00%<br>NAME ID: 162250<br>CLAIM #:  0013 | | (U) UNSECURED<br><br>ACCT: 8625<br>COMMENT: |
| S&B FINANCIAL GROUP<br>ATTN MANAGING AGENT/OFFICER<br>5925 FARM POND RD<br>APEX, NC  27523 | $0.00<br>INT:  .00%<br>NAME ID: 182909<br>CLAIM #:  0008 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $9,833.00<br>INT:  5.25%<br>NAME ID: 45498<br>CLAIM #:  0009 | | (V) VEHICLE-SECURED<br><br>ACCT: 5836<br>COMMENT:  13FORD |
| SANTANDER CONSUMER USA<br>P O BOX 560284<br>DALLAS, TX  75356-0284 | $11,341.32<br>INT:  .00%<br>NAME ID: 45498<br>CLAIM #:  0016 | | (U) UNSECURED<br><br>ACCT: 5836<br>COMMENT:  SPLIT |
| TRULIANT FEDERAL CREDIT UNION<br>P O BOX 25132<br>WINSTON SALEM, NC  27114 | $1,665.68<br>INT:  .00%<br>NAME ID: 66723<br>CLAIM #:  0028 | | (U) UNSECURED<br><br>ACCT: 3406<br>COMMENT:  521OR |
| UNC DBA DURHAM FAMILY PRACTICE<br>2400 BROAD ST STE 1<br>DURHAM, NC  27704 | $0.00<br>INT:  .00%<br>NAME ID: 182912<br>CLAIM #:  0029 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| UNC HEALTHCARE<br>P O BOX 1123<br>MINNEAPOLIS, MN  55440-1123 | $11,238.55<br>INT:  .00%<br>NAME ID: 170446<br>CLAIM #:  0033 | | (U) UNSECURED<br><br>ACCT: 6734<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| UNITED CONSUMER FINANCIAL SERVICES<br>% BASS & ASSOCIATES  PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $0.00<br>INT: .00%<br>NAME ID: 144311<br>CLAIM #:  0031 | | (S) SECURED<br>SURRENDERED<br>ACCT: 1722<br>COMMENT:  OC,VACUUM,REL | |
| UNITED CONSUMER FINANCIAL SERVICES<br>% BASS & ASSOCIATES  PC<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | $580.15<br>INT: .00%<br>NAME ID: 144311<br>CLAIM #:  0032 | | (U) UNSECURED<br><br>ACCT: 1722<br>COMMENT:  SPLIT | |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $1,215.05<br>INT: .00%<br>NAME ID: 182990<br>CLAIM #:  0035 | | (U) UNSECURED<br><br>ACCT: 1138<br>COMMENT: | |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $81.73<br>INT: .00%<br>NAME ID: 182990<br>CLAIM #:  0036 | | (U) UNSECURED<br><br>ACCT: 0002<br>COMMENT: | |
| WESTGATE MYRTLE BEACH LLC<br>5601 WINDHOVER DR<br>ORLANDO, FL  32819 | $0.00<br>INT: .00%<br>NAME ID: 182910<br>CLAIM #:  0012 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC | |
| WESTGATE MYRTLE BEACH LLC<br>5601 WINDHOVER DR<br>ORLANDO, FL  32819 | $0.00<br>INT: .00%<br>NAME ID: 182910<br>CLAIM #:  0015 | | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC | |
| **TOTAL:** | $83,392.02 | | | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | | ATTORNEY FEE | |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/20/2021　　　　　　　　　　　　　　　　　OFFICE OF THE CHAPTER 13 TRUSTEE

                                                                                 By:  /s/  Gayle McFarland
                                                                                     Clerk
                                                                                     Chapter 13 Office
                                                                                     500 W FRIENDLY AVE STE 200
                                                                                     P O BOX 1720
                                                                                     GREENSBORO, NC  27402-1720

cc:  Debtors
     Attorney for Debtors - Electronic Notice